# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARLOS SOUZA, on his own behalf and on behalf of those similarly situated,**

            **Plaintiffs,**

**-vs-**                                    **Case No.:  6:07-cv-1908-Orl-19GJK**

**CENTURY 2000 MANAGEMENT & ADMINISTRATION, INC.,**

            **Defendant.**

___

## REPORT AND RECOMMENDATION

This cause came on for consideration upon the Court's own motion. On March 27, 2008, this Court entered an Order (Doc. No. 31) granting counsel for Defendant's Renewed Unopposed Motion to Withdraw as Counsel (Doc. No. 30). In the Order, the Court reminded Defendant that Local Rule 2.03(e) prohibits a corporation from proceeding in this Court without counsel and the Court gave Defendant ten (10) days to retain substitute counsel and have substitute counsel enter a notice of appearance. Doc. No. 31 at 1-2.

On April 23, 2008, the Court entered an Order (Doc. No. 32) again directing Defendant to retain counsel within ten days and have counsel enter a notice of appearance. The Court warned Defendant that failure to do so would result in Defendant's Answer being stricken from the record and an entry of default being entered against the Defendant. *Id*. Defendant has yet to retain substitute counsel. If a party fails to follow pretrial orders, then the Federal Rules of Civil Procedure allow the Court to strike pleadings and

to enter default. *American Moisture Control, Inc. v. Dynamic Building Restoration*, LLC, No. 6:06-cv-1908-Orl-28KRS, 2008 WL 1987374 * 2 (M.D. Fla. May 7, 2008).

**THEREON** it is **RECOMMENDED** that:

(1) The Defendant's Answer (Doc. No. 20) should be stricken; and

(2) The Clerk of the Court should be directed to enter default against the Defendant.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** at Orlando, Florida on May 16, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE