**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARLOS SOUZA, on his own behalf
and on behalf of those similarly situated,

      Plaintiff,

vs.                                  CASE NO. 6:07-CV-1908-ORL-19GJK

CENTURY 2000 MANAGEMENT &
ADMINISTRATION, INC.,

      Defendant.

_____

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the

United States Magistrate Judge (Doc. No. 33, filed May 16, 2008).  No objection to said

Report and Recommendation was filed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 33) is **ADOPTED and**

**AFFIRMED.**  The Defendant's Answer and Statement of Defenses to Plaintiffs' Complaint

(Doc. No. 20, filed February 14, 2008) is **STRICKEN,** and the Clerk of the Court is directed

to enter default against the Defendant.

**DONE AND ORDERED** at Orlando, Florida, this   6th   day of June, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record